# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT PALMER Frances Palmer, Carol Palmer Brilliant, Robert Palmer II, Robert Palmer III, Kevin Palmer, Franette Palmer Roschuni, Michael Roschuni, Celeste Roschuni, Eric Roschuni, Mark Palmer, Myles Palmer, Melody Palmer, and surrogate for S.E.Cl. doing business as Palmer Family LLC,**

        **Plaintiff,**

**-vs-**                            **Case No. 6:10-cv-248-Orl-19KRS**

**HONORABLE RALPH W. DAU individual and in his official capacity as Judge in California Superior Court for Los Angeles County, DREYFUS BROKERAGE SERVICES, INC., BANK OF NEW YORK MELLON CORPORATION, JP MORGAN CHASE & COMPANY, E TRADE FINANCIAL CORPORATION,**

        **Defendants.**

## ORDER

This case comes before the Court on the following:

1. Motion to Drop Parties by Robert Palmer (Doc. No. 3, filed Mar. 10, 2010);

2. Motion to Quash Service of Process with Incorporated Memorandum of Law by JP Morgan Chase & Company (Doc. No. 4, filed Mar. 11, 2010); and

3. Joint Stipulation for Voluntary Dismissal Without Prejudice and to File Amended Complaint by Robert Palmer, d/b/a Palmer Family, LLC, JP Morgan Chase & Company, Bank of New

York Mellon Corporation, and E Trade Financial Corporation (Doc. No. 8, filed Mar. 23, 2010).

**Background**

On February 11, 2010, Robert Palmer ("Palmer"), proceeding *pro se*, filed the present action on behalf of himself and members of his family[1] ("Palmer Family Members") against the Honorable Ralph W. Dau, Dreyfus Brokerage Services, Incorporated, Bank of New York Mellon Corporation, JP Morgan Chase & Company, and E Trade Financial. (Doc No. 1.) On March 10, 2010, Palmer filed a motion requesting leave to drop the Palmer Family Members from the present action, alleging that the Palmer Family Members are without representation or standing. (Doc. No. 3.) The following day, JP Morgan Chase & Company filed a Motion to Quash Service of Process. (Doc. No. 4, filed Mar. 11, 2010.)

On March 18, 2010, Palmer filed an Amended Complaint. (Doc. No. 7.) On March 23, 2010, a Joint Stipulation for Voluntary Dismissal Without Prejudice was filed, seeking to dismiss JP Morgan Chase & Company, Bank of New York Mellon Corporation, and E Trade Financial Corporation without prejudice and seeking leave to file a second amended complaint. (*Id.*)

---

[1] The Complaint lists as members of the Palmer family: Frances Palmer, Carol Palmer Brilliant, Nina Brilliant, Robert Palmer II; Robert Palmer III, Kevin Palmer, Franette Palmer Roschuni, Michael Roschuni, Celeste Roschuni, Alice Roschuni, Hana Roschuni, Carol Roschuni, Eric Roschuni, Mark Palmer, Myles Palmer, and Melody Palmer (collectively "Palmer Family Members "). (Doc. No. 1 at 1.)

**Analysis**

**I. Motion to Drop Parties**

Pursuant to Federal Rule of Civil Procedure 21, on motion, "the court may, at any time, on just terms add or drop a party." The decision to grant or deny a motion to drop a party lies within the sound discretion of the trial court. *Lampliter Dinner Theater Inc. v. Liberty Mutual Ins. Co.*, 792 F.2d 1036, 1056 (11th Cir. 1986). In the present action, Palmer seeks to drop the Palmer Family Members, alleging that they are without representation or standing. (Doc. No. 3.) The Complaint alleges that the misconduct of Dreyfus Brokerage Services injured Palmer Family Members who are beneficiaries of Palmer Family, LLC. (Doc. No. 1 at 9.) Considering that the Complaint does not allege that the Palmer Family Members are otherwise related to the present action and the Palmer Family Members have presented no objection, the Court will grant the Motion to Drop Parties.

**II. Motion for Voluntary Dismissal**

Pursuant to Federal Rule of Civil Procedure 41, a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). The present Joint Stipulation for Voluntary Dismissal seeks to dismiss JP Morgan Chase & Company, Bank of New York Mellon Corporation, and E Trade Financial Corporation without prejudice. (Doc. No. 8.) The Joint Stipulation is signed by all parties who have appeared and therefore complies with Rule 41. Thus, JP Morgan Chase & Company, Bank of New York Mellon Corporation, and E Trade Financial Corporation will be dismissed without prejudice. Having dismissed JP Morgan Chase & Company, the Motion to Quash Service of Process by JP Morgan Chase & Company (Doc. No. 4) will be denied as moot.

### III. Leave to File an Amended Complaint

In the Joint Stipulation for Voluntary Dismissal (Doc. No. 8), Palmer seeks leave to file a second amended complaint. Pursuant to Federal Rule of Civil Procedure 15(a)(2), a "court should freely give leave to amend when justice so requires." No party has objected to Palmer's request to file a second amended complaint, and it does not appear that granting Palmer such leave will result in prejudice to any of the parties. Accordingly, the Court will grant Palmer leave to file a second amended complaint.

### Conclusion

Based on the foregoing, the Motion to Drop Parties by Robert Palmer (Doc. No. 3, filed Mar. 10, 2010) is **GRANTED**. The Joint Stipulation for Voluntary Dismissal Without Prejudice and to File Amended Complaint by Robert Palmer, d/b/a Palmer Family, LLC, JP Morgan Chase & Company, Bank of New York Mellon Corporation, and E Trade Financial Corporation (Doc. No. 8, filed Mar. 23, 2010) is **GRANTED**. The Motion to Quash Service of Process with Incorporated Memorandum of Law by JP Morgan Chase & Company (Doc. No. 4, filed Mar. 11, 2010) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2010.

*[Signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties